IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 11-80098 MISC JSW<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

Pursuant to the Order of the Court entered on November 18, 2004, in *Wallace v. U.S. Government*, 04-1147 FMS, requiring pre-filing review of any new cases that Plaintiff might file in this Court, the Court hereby denies permission to file the above captioned action for failure to state a claim for relief pursuant to Rule 8 of the Federal Rules of Civil Procedure.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 17, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN WALLACE,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.

Case Number: CV11-80098 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John W. Wallace
General Delivery
San Francisco, CA 94142

Dated: May 17, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk